IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN "CHRIS" EDDY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:13-CV-879 |
| MOLNLYCKE HEALTH CARE US, LLC, | ) Judge Sharp |
| | ) Magistrate Judge Knowles |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Agreed Motion To Dismiss With Prejudice. Having considered the parties' motion, the Court hereby orders that the case is dismissed with prejudice. Each party shall bear its own costs.

**SO ORDERED.**

_____
Kevin Sharp
United States District Judge

18810298.1